854

No. 11–10648. HICKS v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10649. GOAINS v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 11–10650. HESTER v. OFFICER O. C. A. 3d Cir. Certiorari denied.

No. 11–10651. GLIDDEN v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 11–10653. WALKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10655. THOMAS v. ALABAMA DEPARTMENT OF CORRECTIONS. Sup. Ct. Ala. Certiorari denied.

No. 11–10656. WINBURN v. MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 11–10657. VELASQUEZ-MALDONADO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–10658. PAGE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–10659. KOPSHO v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–10660. MAY v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–10661. COX v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10662. HOPSON v. KANSAS. C. A. 10th Cir. Certiorari denied.

No. 11–10663. HAMEED v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10664. HOWELL v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 11–10665. FORNEY v. WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.